UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 26-24955-CIV-CANNON

MARIO MABULLI,

       Petitioner,

v.

WARDEN, MIAMI FEDERAL
DETENTION CENTER,

       Respondent.

_____/

## ORDER TO SHOW CAUSE AND ADDRESSING MOTIONS

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record.  Petitioner Mario Mabulli ("Petitioner"), an immigration detainee currently detained at the Miami Federal Detention Center in Miami, Florida, filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging the legality of his continued immigration detention [ECF No. 1].

To permit proper consideration of the Petition, the Court hereby **ORDERS AND ADJUDGES** as follows:

1.       On or before **August 12, 2026,** Respondent shall file a written notice with the Court indicating (a) the names and addresses of the attorneys to whom this case has been assigned; and (b) documentation showing that any records relevant to Petitioner's claim have been requested.

2.       On or before **September 7, 2026**, Respondent shall file a memorandum of fact and law to show cause why the instant petition should not be granted and shall file therewith all documents and transcripts necessary for the resolution of this matter.

3.       Respondent **SHALL NOT** caption the response as a "Motion to Dismiss."

1

4.      Petitioner may, but is not required to, file a reply.  The reply must be **filed within 14 days** of the date on which the Court dockets the Respondent's response.  If the reply is not filed within **14 days** of the date on which the Response is docketed, the Court will deem the matter submitted.  The Court will not consider an untimely reply.  *See* Rule 5(e), Rules Governing Section 2254 Cases in the United States District Courts ("The petitioner may file a reply to the respondent's answer or other pleading.  The judge must set the time to file unless the time is already set by local rule."); *see also* Rule 1(b), Rules Governing Section 2254 Cases in the United States District Courts ("The district court may apply any or all of these rules to a [§ 2241 petition].").

5.      The body of the reply, if filed, shall not exceed **ten (10) pages** and shall otherwise comply with the Court's applicable Local Rules governing the form of filings.  *See* S.D. Fla. L.R. 7.1(c)(2); *see also* S.D. Fla. L.R. 5.1(a).

6.      Petitioner's Motion for Expedited Consideration of the Petition [ECF No. 3] is **DENIED**.  The Motion fails to "set forth in detail the date by which an expedited ruling is needed" on the Petition, as required by this Court's Local Rules.  *See* S.D. Fla. L.R. 7.1(d)(2).

7.      Respondent's Motion to Dismiss as Moot [ECF No. 5] is **DENIED WITHOUT PREJUDICE**.  Petitioner seeks review of his custody due to changes in circumstances arising *following* the June 30, 2026, bond hearing [*see* ECF No. 1-2 p. 13 (noting that the Petition "challenges the legality of [Petitioner's] continued detention in light of significant . . . developments" that have arisen since his bond hearing)].  Therefore, as pled, the Petition does not appear to be moot on its face.  This ruling does not, however, preclude Respondent from raising similar arguments regarding mootness and subject matter jurisdiction in its Response.

CASE NO. 26-24955-CIV-CANNON

8.      **The Clerk is directed to MAIL a copy of this Order to Petitioner at the address listed below and file a Notice of Compliance.**

**ORDERED** in Chambers in Fort Pierce, Florida, this 28th day of July 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     **Mario Mabulli,** *pro se*
        A# 216457020
        Miami Federal Detention Center
        Inmate Mail/Parcels
        Post Office Box 019120
        Miami, Florida 33101

        **Noticing 2241/Bivens US Attorney**
        Email: usafls-2255@usdoj.gov

        **Noticing INS Attorney**
        Email: usafls-immigration@usdoj.gov